AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CHRISTOPHER HAYNER,

        Plaintiff,

        v.

GLENN DOBBS, et al,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-147-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Parties' Joint Stipulation of Dismissal with Prejudice (Ct. Rec. 42) is GRANTED.  The matter having been settled, judgment is entered dismissing the Complaint (Ct. Rec. 1) and the claims therein with prejudice, without costs or attorney's fees to any party hereto.  File closed.

June 22, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer